UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEIDI CHIAT,

    Plaintiff,

  v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C18-1142RSL

ORDER GRANTING MOTION TO WITHDRAW

  This matter comes before the Court on Richard L. Pope, Jr.'s motion to withdraw al counsel for plaintiff Heidi Chiat. Dkt. # 9. Having reviewed the papers submitted, the motion is GRANTED. Mr. Pope is no longer counsel of record for Ms. Chiat. The Clerk of Court is directed to terminate his participation in this case and to include in the docket Ms. Chiat's contact information:

  14500 NE 29th Place, #349
  Bellevue, WA 98007

  (425) 289-9623
  hmchiat@yahoo.com

Ms. Chiat is now proceeding pro se in this litigation. Unless and until she retains new counsel, she is expected to follow the local rules of this district (found at http://www.wawd.uscourts.gov/sites/wawd/files/WAWDAllLocalCivilRules-2017.pdf) and the Federal Rules of Civil Procedure. Plaintiff is specifically advised that requests for relief from the

ORDER GRANTING MOTION TO
WITHDRAW

Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. <u>See</u> LCR 7 and 10; 28 U.S.C. § 1746.

    Dated this 24th day of October, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge