UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEIDI CHIAT,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C18-1142RSL

ORDER DISMISSING CLAIMS AGAINST REMAINING INDIVIDUAL DEFENDANTS

    On April 3, 2020, the Court dismissed plaintiff's claims against the Department of Social and Health Service ("DSHS") employees who had been named as defendants in the above-captioned matter. The Court found that it lacked personal jurisdiction over the individuals because they had not been served with the summons and complaint as required under Fed. R. Civ. P. 4(e). A review of the record revealed a lack of evidence that plaintiff had served the summons and complaint on any of the individual defendants. The Court therefore gave plaintiff an opportunity to show that she has, in fact, properly served the summons and complaint on the non-DSHS individual defendants or to otherwise explain why her claims against the individual defendants should not be dismissed for lack of personal jurisdiction. She failed to do so within the time allowed.

//

//

ORDER DISMISSING CLAIMS AGAINST
REMAINING INDIVIDUAL DEFENDANTS - 1

For all of the foregoing reasons, plaintiff's claims against Tanya Keenan, Shawn Sivly, Christien Storm, Darla Abbas, Roxanne Kar, and Anthony Kar are hereby DISMISSED.

Dated this 27th day of April, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge