UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEIDI CHIAT,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C18-1142RSL

ORDER

    This matter comes before the Court on plaintiff's "Emergency Motion to Order Defendants to Answer and to [A]ppear for Depositions." Dkt. # 75. This motion was filed two days before her preceding round of discovery motions was noted for consideration on the Court's calendar. Plaintiff, believing that she was entitled to a ruling more quickly, filed this motion requesting relief from Chief Judge Ricardo S. Martinez.

    The Court ruled on plaintiff's discovery motions (Dkt. # 69-72) on July 2, 2020. There is no rule of procedure or other authority supporting plaintiff's application to the Chief Judge of the Western District of Washington for rulings on her discovery motions or for review of this case in general. To the extent plaintiff is attempting to choose her own judicial officer, the request is DENIED. To the extent plaintiff intends to appeal the undersigned's discovery determinations, she will have an opportunity to do so before the Ninth Circuit after judgment is entered in this case

ORDER - 1

1 | Dated this 3rd day of August, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2