| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 11 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| HEIDI CHIAT,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>STATE OF WASHINGTON; et al.,<br><br>        Defendants-Appellees. | No.   20-35398<br><br>D.C. No. 2:18-cv-01142-RSL<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: SILVERMAN, NGUYEN, and COLLINS, Circuit Judges.

Appellant's motion for reconsideration (Docket Entry No. 5) is denied. *See* 9th Cir. R. 27-10.

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

DA/Pro Se